# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE DROZ,<br><br>                           Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; RICHARD FISCHER; and DOES 1 through 10, inclusive,<br><br>                         Defendants. | Case No.: 19-CV-1277-W-WVG<br><br>**ORDER ON JOINT MOTION TO EXCUSE APPEARANCE OF DEFENDANT RICHARD FISCHER AT ENE** |

      Pursuant to the Court's June 9, 2020 Order, an Early Neutral Evaluation Conference ("ENE") will be held in this matter via video conferencing platform Zoom on Wednesday, July 22, 2020 at 9:00 a.m. (Doc. No. 20.) On July 15, 2020, the Parties filed a Joint Motion to Excuse Appearance of Defendant Richard Fischer at ENE. (Doc. No. 22.) In relevant part, the Joint Motion states "Fischer will be available by phone during the ENE. The representative from the County of San Diego has authority to enter into settlement negotiations on Fischer's behalf; except for punitive damages claims." (*Id.*, 1:25-28.)

      The Court DENIES the Parties' request for lack of good cause. The Joint Motion offers no basis for Defendant Fischer's seeming unwillingness to participate in the ENE via Zoom. In fact, the Joint Motion makes clear that Defendant Fischer is available

throughout the entirety of the ENE to participate by phone, if needed. Defendant Fischer is a named party to this matter and is no insignificant player in this litigation. Accordingly, the Court's June 9, 2020 Order (Doc. No. 20) requiring all parties to appear via video conference for the ENE still stands. Defendant Fischer shall appear via Zoom, as all other parties and their counsel, in this matter for the July 22, 2020 ENE.

**IT IS SO ORDERED.**

Dated: July 16, 2020

Hon. William V. Gallo
United States Magistrate Judge