1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11

BLAKE DROZ,

12                                          Plaintiff,

13    v.

14    COUNTY OF SAN DIEGO; RICHARD
      FISCHER; and DOES 1 through 10,
15    inclusive,

16                                        Defendants.

17

Case No.: 19-CV-1277-W-WVG

**ORDER ON JOINT MOTION TO
CONTINUE DISCOVERY AND
OTHER PRE-TRIAL
PROCEEDINGS**

18    On November 6, 2020, the Parties filed a Joint Motion to Continue Discovery and
19    Other Pre-Trial Proceedings ("Joint Motion"). (Doc. No. 25.) The Parties requested a three-
20    month continuance of the December 11, 2020 fact discovery cut-off and all other dates
21    thereafter, as set forth in the operative July 22, 2020 Scheduling Order Regulating
22    Discovery and Other Pre-Trial Proceedings ("Scheduling Order"). (Doc. No. 24.) On
23    November 18, 2020, this Court denied the Parties' Joint Motion without prejudice for lack
24    of good cause. (Doc. No. 26.) On November 19, 2020, the Parties renewed their Joint
25    Motion. (Doc. No. 27.) Having reviewed and considered the Parties' latest submission, the
26    Court finds good cause underlies the Joint Motion. Accordingly, the Court GRANTS the
27    Parties' Joint Motion in its entirety, as explained below.
28

1

1    At all times, the Parties must engage in discovery with diligence and a resolve to

2    meet all deadlines as established by the operative scheduling order. In seeking deadline

3    extensions, the Parties are bound by Rule 16(b) of the Federal Rules of Civil Procedure

4    ("Rule 16(b)" or "the Rule"). Rule 16(b) requires the Parties to first demonstrate their

5    diligence throughout discovery *before* proving up good cause for their continuance request.

6    *Matrix Motor Co. v. Toyota Jidosha Kabushiki Kaisha*, 218 F.R.D. 667, 671 (C.D. Cal.

7    2003). If the Parties fail to meet this threshold burden, the Court's inquiry ends and the

8    Parties' continuance request is properly denied. *Zivkovic v. S. Cal. Edison Co.*, 302 F.3d

9    1080, 1087–88 (9th Cir. 2002).

10    On their second attempt at this Joint Motion, the Parties, particularly Defendant

11    County of San Diego ("the County"), have shown that they have made robust efforts to

12    meet discovery deadlines and, through no fault of their own, encountered considerable

13    impediments to timely obtaining discovery. The Court appreciates, for example, that the

14    County quickly reviewed Blake Droz's ("Plaintiff") first set of written discovery responses,

15    identified more information was needed, and then, "just three days after receiving the

16    response," propounded additional written discovery. (Doc. No. 27, 2:24-28.) The Court

17    also notes the County's ongoing and prompt communications with third-party subpoenaed

18    entities, Carlsbad Police Department, Scripps Mercy Hospital, and the California

19    Department of Corrections and Rehabilitation, to obtain Plaintiff's records that bear upon

20    the claims and defense at issue in this litigation. Finally, the Court acknowledges the

21    Parties' forethought in moving for modification to the operative Scheduling Order at least

22    one month prior to the December 11, 2020 fact discovery cut-off.

23    Taken together, the above circumstances demonstrate both the Parties' diligence in

24    discovery and good faith efforts to comply with the deadlines set forth in the operative

25    Scheduling Order. Further, given that the discovery sought is relevant and proportional to

26    the Action, and no delays in discovery were caused by the County, the Court finds good

27    cause exists to support the Parties' Joint Motion. For these reasons, the Court GRANTS

28    the Joint Motion and continues each of the below deadlines as follows:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- The December 11, 2020 fact discovery cut-off is CONTINUED to **March 8, 2021**

- The January 15, 2021 deadline to designate experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) is CONTINUED to **April 16, 2021**

- The January 29, 2021 deadline to exchange rebuttal expert designations is CONTINUED to **April 30, 2021**

- The February 26, 2021 deadline to complete expert disclosures pursuant to Rules 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure is CONTINUED to **May 21, 2021**

- The March 26, 2021 deadline to supplement expert disclosures regarding contradictory or rebuttal evidence under Federal Rules of Civil Procedure 26(a)(2)(D) and 26(e) is CONTINUED to **June 18, 2021**

- The April 30, 2021 expert discovery cut-off is CONTINUED to **July 30, 2021**

- The May 28, 2021 pre-trial motions filing cut-off is CONTINUED to **August 27, 2021**

- The February 8, 2021 Mandatory Settlement Conference ("MSC") before this Court is CONTINUED to **May 12, 2021 at 9:00 a.m.** and the February 1, 2021 deadline to lodge confidential settlement briefs is CONTINUED to **May 5, 2021**

- The August 30, 2021 deadline to comply with the pre-trial disclosure requirements of February Rule of Civil Procedure 26(a)(3) is CONTINUED to **November 30, 2021**

- The September 6, 2021 deadline to meet and take the action required by Civil Local Rule 16.1(f)(4) is CONTINUED to **December 6, 2021**

- The September 13, 2021 deadline for Plaintiff's counsel to prepare the pre-trial order and arrange the meetings of counsel pursuant to Civil Local Rule

19-CV-1277-W-WVG

1          16.1(f) is CONTINUED to **December 13, 2021**

2        • The September 20, 2021 deadline to lodge with Judge Whelan the Proposed

3          Final Pretrial Conference Order is CONTINUED to **December 20, 2021**

4        • The September 27, 2021 Final Pre-Trial Conference is CONTINUED to

5          **January 24, 2022 and 10:30 a.m.**

6     **IT IS SO ORDERED.**

7 Dated: November 24, 2020

8

9                          Hon. William V. Gallo
                         United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4