UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE DROZ,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; RICHARD FISCHER; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 19-CV-1277-W-WVG<br><br>**ORDER ON JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION** |

  On November 20, 2020, the Parties filed a Joint Motion for Entry of Protective Order Regarding Confidential Information. (Doc. No. 28.) Having reviewed and considered the Parties' submission, the Court DENIES the Joint Motion without prejudice. Should they continue to seek a protective order, the Parties are directed to file an amended joint motion for protective order that fully complies with this Court's Civil Chambers Rule No. V: Stipulated Protective Order Provisions for Filing Documents Under Seal, namely incorporating the language required under the Rule. The Parties' existing language noted under Section 5: Filing Protected Material is insufficient for purposes of satisfying Civil

/ / /

/ / /

Chambers Rule No. V.

**IT IS SO ORDERED.**

Dated: November 24, 2020

Hon. William V. Gallo
United States Magistrate Judge