## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE DROZ,<br><br>                                   Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                                   Defendants. | Case No.:  19-CV-1277 W (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 33]** |

Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 33] and **ORDERS** the case **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  March 3, 2021

_____
Hon. Thomas J. Whelan
United States District Judge